IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NABEEL SHAUKAT, ET AL.,

        Plaintiffs,

v.

WIRELESS 4 U, INC., ET AL

        Defendants.

No. 06 C 4214

Judge Amy St. Eve

## RELEASE (SATISFACTION) OF JUDGMENT

Plaintiffs, Nabeel Shaukat, et al., the judgment creditors, by and through their counsel Douglas M. Werman, Werman Law Office, P.C., having received full satisfaction of payment, releases the judgment entered on June 2, 2011 against Defendants, Wireless 4 U, Inc. and Rahim Kurji for $281,650.00 plus post-judgment interest, attorneys' fees and costs.

Werman Law Office, P.C.
77 West Washington Street
Suite 1402
Chicago, IL 60602
(312) 419-1008

_____
Douglas M. Werman
Counsel for Plaintiffs

Return to:
Thomas J. Irons
Attorney At Law
17950 Preston Road, Suite 650
Dallas, Texas 75252

March 20, 2012